UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
KEVIN CONNORS, JAMES CUIFFO, ARTHUR
FITZPATRICK, WILLIAM MIRANDA, JOSEPH
CANGELERI and BARRY KILPATRICK,

                    Plaintiffs,

              -against-

JOSEPH J. NIGRO, in his capacity as General President of
SHEET METAL, AIR, RAIL AND TRANSPORTATION
WORKERS; ROBERT DIORIO, in his capacity as
International Trustee of LOCAL UNION NO. 28 OF
SHEET METAL, AIR, RAIL AND TRANSPORTATION
WORKERS; and SHEET METAL, AIR, RAIL AND
TRANSPORTATION WORKERS,

                    Defendants.
------------------------------------------------------------X

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 6/4/14

14 Civ. 2537 (SAS)

## ORDER GRANTING ADMISSION TO PRACTICE, *PRO HAC VICE*

Upon the application of Richard G. McCracken to be admitted, *pro hac vice*, to represent Defendants in the above-captioned case, and upon the applicant's representation that he is a member in good standing of the bar in the State of California, it is hereby ORDERED, that Richard G. McCracken is admitted to practice, *pro hac vice*, in the captioned case to represent the Defendants in the United States District Court for the Southern District of New York, provided that the filing fee has been paid.

Dated: June 3, 2014
New York, New York

_____
UNITED STATES JUDGE