UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------------X
KEVIN CONNORS, JAMES CUIFFO, ARTHUR
FITZPATRICK, WILLIAM MIRANDA, JOSEPH
CANGELERI and BARRY KILPATRICK,

                              Plaintiffs,

        -against-                                14 CV 2537 (SAS)

                                                           NOTICE OF APPEARANCE

JOSEPH J. NIGRO, in his capacity as General President of
SHEET METAL, AIR, RAIL AND TRANSPORTATION
WORKERS; ROBERT DIORIO, in his capacity as
International Trustee of LOCAL UNION NO. 28 OF
SHEET METAL, AIR, RAIL AND TRANSPORTATION
WORKERS; and SHEET METAL, AIR, RAIL AND
TRANSPORTATION WORKERS,

                              Defendants.
-------------------------------------------------------------------X

       Please take notice that Robert B. Stulberg, Broach & Stulberg, LLP, enters an appearance on behalf of Defendants International Association of Sheet Metal, Air, Rail, and Transportation Workers (the "International" or "SMART"), Joseph J. Nigro, in his capacity as General President of SMART, and Robert DiOrio, in his capacity as International Trustee of Local Union No. 28 of SMART. All notices or given or required to be given in this action and its proceedings and all papers filed in this action and its proceedings shall be served upon the undersigned.

       I certify that I am admitted to practice in this Court.

Dated: July 21, 2014                        Respectfully submitted,
                                                   BROACH & STULBERG, LLP
                                                   *Attorneys for Defendants*

                                                   By:_____
                                                      Robert B. Stulberg
                                                   One Penn Plaza, Suite 2016
                                                   New York, New York 10119
                                                   (212) 268-1000